**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| *In re:* | : | Chapter 11 |
| | : | Case No. 24-11638 (MFW) |
| BIEDERMANN MOTECH, INC., | : | |
| | : | |
| Debtor . | : | |

**NOTICE OF AGENDA FOR HEARING**
**SCHEDULED FOR AUGUST 14, 2024 AT 11:30 A.M. ET**

---

This hearing will be conducted by zoom.
Parties need to register with the link below no later than August 13, 2024 at 4:00 p.m.

**To attend a hearing remotely, please register using the eCourtAppearance tool (available here) or on the court's website at www.deb.uscourts.gov.**
***The deadline to register for remote attendance is 4 PM (prevailing Eastern Time) the business day before the hearing unless otherwise noticed.***

After the deadline has passed an electronic invitation, with the relevant audio or video link, will be emailed to you prior to the hearing.

_____


**I.    MATTERS GOING FORWARD**:

A.    Status Conference.

　　Related Pleadings:  Notice of Status Conference—[Filed 8/9/24- D.I. 7]

　　Status:  The hearing on this matter will go forward as scheduled.

Dated: August 12, 2024
       Wilmington, Delaware

CIARDI CIARDI & ASTIN

*/s/ John D. Mclaughlin, Jr.*
John D. McLaughlin, Jr. (No. 4123)
1204 N. King Street
Wilmington, Delaware 19801
(302) 658-1100 telephone
(302) 658-1300 facsimile
jmclaughlin@ciardilaw.com

-and-

Albert A. Ciardi, III, Esquire
(*Pro hac vice forthcoming*)
Walter W. Gouldsbury III, Esquire
Philadelphia, PA 19103
(215) 557-3550 telephone
(215) 557-3551 facsimile
aciardi@ciardilaw.com
wgouldsbury@ciardilaw.com

*Proposed Counsel for Debtor
and Debtor in Possession*