**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| *In re:* | : | Chapter 11 |
| | : | Case No. 24-11638 (MFW) |
| BIEDERMANN MOTECH, INC., | : | |
| | : | |
| Debtor . | : | |

**NOTICE OF AGENDA FOR VIRTUAL HEARING**
**SCHEDULED FOR NOVEMBER 5, 2024 AT 10:30 A.M. ET**

___

THIS HEARING WILL BE CONDUCTED BY ZOOM. PARTIES AND WITNESSES ARE NOT PERMITTED TO APPEAR IN PERSON.

TO ATTEND THE HEARING REMOTELY, PLEASE REGISTER USING THE ECOURT APPEARANCES TOOL ON THE COURT'S WEBSITE AT WWW.DEB.USCOURTS.GOV OR CLICK THE BELOW LINK:

https://ecf.deb.uscourts.gov/cgi-bin/nysbAppearances.pl

PARTIES ARE REQUIRED TO REGISTER FOR THE HEARING NO LATER THAN 4:00 P.M. (ET) ONE BUSINESS DAY BEFORE THE HEARING. YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.
AFTER REGISTERING YOUR APPEARANCE, YOU WILL RECEIVE A CONFIRMATION EMAIL. ZOOM INFORMATION WILL BE SENT OUT PRIOR TO THE HEARING
___

**I.    MATTERS GOING FORWARD**:

A.    *Motion of the Debtor for an Order (A) Approving Disclosure Statement as Containing Adequate Information, (B) Approving Contents of Plan Solicitation Package, (C) Approving Procedures for the Solicitation and Tabulation of Votes to Accept or Reject Proposed Plan of Reorganization, and (D) Granting Certain Related Relief* [Filed 10/8/24-D.I. 33]

Response Deadline: October 23, 2024

Responses Received: Comments were received from the Office of the United States Trustee that will be incorporated into a subsequent filing prior to the hearing.

Status: The hearing on this matter will go forward.

B.    *Debtor's Motion for an Order Establishing Bar Dates for Filing Proofs of Claim and Approving   the Form and Manner of Notice Thereof* [Filed 10/15/24-D.I. 35]

Response Deadline: October 29, 2024

<u>Responses Received</u>: Comments were received from the Office of the United States Trustee that will be incorporated into a subsequent filing prior to the hearing.

<u>Status</u>: The hearing on this matter will go forward.

Dated:  November 1, 2024
        Wilmington, Delaware

CIARDI CIARDI & ASTIN

*/s/ John D. Mclaughlin, Jr.*
John D. McLaughlin, Jr. (No. 4123)
1204 N. King Street
Wilmington, Delaware 19801
(302) 658-1100 telephone
(302)658-1300 facsimile
jmclaughlin@ciardilaw.com

-and-

Albert A. Ciardi, III, Esquire
(*Admitted pro hac vice* )
Walter W. Gouldsbury III, Esquire
Philadelphia, PA 19103
(215) 557-3550 telephone
(215) 557-3551 facsimile
aciardi@ciardilaw.com
wgouldsbury@ciardilaw.com

*Counsel for Debtor and
Debtor in Possession*