**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| *In re:* | : | Chapter 11 |
| | : | Case No. 24-11638 (MFW) |
| BIEDERMANN MOTECH, INC., | : | |
| | : | |
| Debtor . | : | Re: D.I. 2,3, and 33 |

**CERTIFICATION OF COUNSEL REGARDING MOTION OF THE DEBTOR FOR AN ORDER (A) APPROVING DISCLOSURE STATEMENT AS CONTAINING ADEQUATE INFORMATION, (B) APPROVING CONTENTS OF PLAN SOLICITATION PACKAGE, (C) APPROVING PROCEDURES FOR THE SOLICITATION AND TABULATION OF VOTES TO ACCEPT OR REJECT PROPOSED PLAN OF REORGANIZATION, AND (D) GRANTING CERTAIN RELATED RELIEF**

I, John D. McLaughlin, Jr, Esq., of Ciardi Ciardi & Astin, counsel to the Debtor and Debtor-in-Possession Biedermann Motech, Inc. (the "Debtor") in the above-captioned chapter 11 case hereby certifies as follows:

1.  On July 31, 2024, the Debtor filed its proposed Disclosure Statement Regarding Plan of Reorganization [D.I. 2] and proposed Plan of Reorganization [D.I. 3].

2.  On October 8, 2024, the Debtor filed its *Motion of the Debtor for an Order (A) Approving Disclosure Statement as Containing Adequate Information, (B) Approving Contents of Plan Solicitation Package, (C) Approving Procedures for the Solicitation and Tabulation of Votes to Accept or Reject Proposed Plan of Reorganization, and (D) Granting Certain Related Relief* (the Motion") [D.I. 33].

3.  Following the filing of the Motion, the Office of the United States Trustee ("UST") provided certain comments to the Disclosure Statement and Plan.

3.  Attached hereto as **Exhibit A** is a redline of the Disclosure Statement Regarding First Amended Plan of Reorganization dated October 31, 2024 incorporating the comments from the UST compared to the Disclosure Statement dated July 31, 2024.

4.     Attached hereto as **Exhibit B** is a redline of the First Amended Plan of Reorganization dated October 31, 2024 incorporating the comments from the UST compared to the proposed Plan of Reorganization dated July 31, 2024.

Dated: November 4, 2024
       Wilmington, Delaware

CIARDI CIARDI & ASTIN

*/s/ John D. Mclaughlin, Jr.*
John D. McLaughlin, Jr. (No. 4123)
1204 N. King Street
Wilmington, Delaware 19801
(302) 658-1100 telephone
(302) 658-1300 facsimile
jmclaughlin@ciardilaw.com

-and-

Albert A. Ciardi, III, Esquire
(*Admitted Pro Hac Vice*)
Walter W. Gouldsbury III, Esquire
Philadelphia, PA 19103
(215) 557-3550 telephone
(215) 557-3551 facsimile
aciardi@ciardilaw.com
wgouldsbury@ciardilaw.com

*Counsel for Debtor and Debtor in Possession*