IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| BIEDERMANN MOTECH, INC. | |
| A/K/A MIAMI DEVICE SOLUTIONS, INC., | Case No. 24-11638 (MFW) |
| Debtor. | |

**DISCLOSURE STATEMENT REGARDING FIRST AMENDED PLAN OF
REORGANIZATION OF BIEDERMANN MOTECH, INC. A/K/A MIAMI DEVICE
SOLUTIONS, INC.**

October 31, 2024

THIS IS A SOLICITATION BY BIEDERMANN MOTECH, INC. A/K/A MIAMI DEVICE
SOLUTIONS, INC. AND IS NOT A SOLICITATION BY THEIR ATTORNEYS OR OTHER
PROFESSIONAL ADVISORS. INFORMATION CONTAINED HEREIN HAS NOT BEEN
SUBJECT TO A CERTIFIED AUDIT.

## 1.    __INTRODUCTION__

### A.    **Purpose of this Disclosure Statement**

This Disclosure Statement has been prepared to comply with section 1125 of the Bankruptcy Code.  It is intended to accompany and explain the First Amended Plan of Reorganization of Biedermann Motech, Inc. a/k/a Miami Device Solutions, Inc. (the "Plan") which has been filed contemporaneously herewith.  Capitalized terms not otherwise defined herein have the meanings ascribed to such terms in the Plan.

This Disclosure Statement summarizes what is in the Plan and tells you certain information relating to the Plan and the process the Court follows in determining whether or not to confirm the Plan.  Holders of Claims or Interests receiving this Disclosure Statement should carefully review the Plan in conjunction with their review of this Disclosure Statement

THIS DISCLOSURE STATEMENT AND ITS RELATED DOCUMENTS ARE THE ONLY DOCUMENTS AUTHORIZED BY THE COURT TO BE USED IN CONNECTION WITH THE SOLICITATION OF VOTES.

THIS DISCLOSURE STATEMENT CONTAINS ONLY A SUMMARY OF THE PLAN AND IS NOT INTENDED TO REPLACE A CAREFUL AND DETAILED REVIEW AND ANALYSIS OF THE PLAN, BUT TO AID AND SUPPLEMENT SUCH REVIEW. THIS DISCLOSURE STATEMENT IS QUALIFIED IN ITS ENTIRETY BY REFERENCE TO THE MORE DETAILED PROVISIONS SET FORTH IN THE PLAN (A COPY OF WHICH IS BEING PROVIDED HEREWITH). IN THE EVENT OF A CONFLICT BETWEEN THE PLAN AND THE DISCLOSURE STATEMENT, THE PROVISIONS OF THE PLAN WILL GOVERN. ALL HOLDERS OF CLAIMS ARE ENCOURAGED TO REVIEW THE FULL TEXT OF THE PLAN AND TO READ CAREFULLY THIS ENTIRE DISCLOSURE STATEMENT, INCLUDING ALL EXHIBITS HERETO, BEFORE DECIDING WHETHER TO VOTE TO ACCEPT THE PLAN.

THE STATEMENTS CONTAINED IN THIS DISCLOSURE STATEMENT ARE MADE AS OF THE DATE HEREOF, AND THE DELIVERY OF THIS DISCLOSURE STATEMENT DOES NOT IMPLY THAT THE INFORMATION CONTAINED HEREIN IS CORRECT AT ANY TIME SUBSEQUENT TO THE DATE HEREOF.

HOLDERS OF CLAIMS AND INTERESTS SHOULD NOT CONSTRUE THE CONTENTS OF THIS DISCLOSURE STATEMENT AS PROVIDING ANY LEGAL, BUSINESS, FINANCIAL, OR TAX ADVICE. EACH SUCH HOLDER SHOULD, THEREFORE, CONSULT WITH ITS OWN LEGAL, BUSINESS, FINANCIAL, AND TAX ADVISORS AS TO ANY SUCH MATTERS CONCERNING THE SOLICITATION, THE PLAN, AND THE TRANSACTIONS CONTEMPLATED THEREBY.

AS TO CONTESTED MATTERS, ADVERSARY PROCEEDINGS AND OTHER ACTIONS OR THREATENED ACTIONS, THIS DISCLOSURE STATEMENT SHALL NOT BE CONSTRUED AS AN ADMISSION OR STIPULATION, BUT RATHER AS A STATEMENT MADE IN SETTLEMENT NEGOTIATIONS.

B.      **Confirmation of Plan**

(1)      **Requirements**.  The requirements for Confirmation of the Plan are set forth in detail in Section 1129 of the Bankruptcy Code. The following summarizes some of the pertinent requirements:

(a)      **Acceptance by Impaired Classes.**  Except to the extent that the cramdown provisions of Section 1129 (b) of the Bankruptcy Code may be invoked, each Class of Claims and each Class of Interests must either vote to accept the Plan or be deemed to accept the Plan because the Claims or Interests of such Class are either not Impaired or are fully Impaired such that they will receive no distribution.

(b)      **Feasibility.**  The Bankruptcy Court is required to find that the Plan is likely to be implemented and that parties required to perform or pay monies under the Plan will be able to do so.

(c)      **"Best Interest" Test.**  The Bankruptcy Court must find that the Plan is in the "best interest" of all Creditors. To satisfy this requirement, the Bankruptcy Court must determine that each Holder of a Claim against, or Interest in, the Debtor: (i) has accepted the Plan; or (ii) will receive or retain under the Plan money or other property which, as of the Effective Date, has a value not less than the amount such Holder would receive if the Debtor's property was liquidated under Chapter 7 of the Bankruptcy Code on such date.

(d)      **"Cramdown" Provisions**. Under the circumstances which are set forth in detail in Section 1129(b) of the Bankruptcy Code, the Bankruptcy Court may confirm the Plan even though a Class of Claims or Interests has not accepted the Plan, so long as one Impaired Class of Claims has accepted the Plan, excluding the votes of Insiders, if the Plan is fair and equitable and does not discriminate unfairly against such non-accepting Classes. The Debtor will invoke the "cramdown" provisions of Section 1129(b) of the Bankruptcy Code should any voting Class fail to accept the Plan.

(2)      **Effect of Confirmation**.  Except as otherwise provided in the Plan or in the Confirmation Order, Confirmation vests title to property of the Debtor's Estate in the Reorganized Debtor, free and clear of all Claims and liens of Creditors, subject to the provisions of the Plan. Confirmation serves to make the Plan binding upon the Debtor, all Creditors, Interest holders and other parties-in-interest, regardless of whether they cast a Ballot to accept or reject the Plan.

C.      **Voting of the Plan**

**Impaired Claims or Interest**.  Pursuant to Section 1126 of the Bankruptcy Code, only the Holders of Claims or Interests in Classes that are "Impaired" by the Plan may vote on the Plan. Pursuant to Section 1124 of the Bankruptcy Code, a Class of Claims or Interests may be "Impaired" if the Plan alters the legal, equitable or contractual rights of the Holders of such Claims or Interests treated in such Class. The Holders of Claims or Interests not Impaired by the Plan are deemed to accept the Plan and do not have the right to vote on the Plan. The Holders of Claims or Interests in any Class which will not receive any payment or distribution or retain any property pursuant to the Plan are deemed to reject the Plan and do not have the right to vote. This Disclosure

Statement is being distributed for informational purposes to all Creditors, the Debtor's Interest holders and parties-in-interest without regard to any such party's right to vote.

**Eligibility.** In order to vote on the Plan, a Creditor and/or Interest holder must have timely filed or been assigned a timely filed proof of Claim or Interest, unless its Claim or Interest is scheduled by the Debtor and is not identified as Disputed, unliquidated or contingent on the Debtor's Schedule of Assets and Liabilities (the "Schedule"). Creditors or Interest holders having a Claim or Interest in more than one Class may vote in each Class in which they hold a separate Claim or Interest by casting a Ballot in each Class.

**Binding Effect.** Whether a Creditor or Interest holder votes on the Plan or not, such Person will be bound by the terms of the Plan if the Plan is confirmed by the Bankruptcy Court. Absent some affirmative act constituting a vote, a Creditor or Interest holder will not be included in the vote: (i) for purposes of accepting or rejecting the Plan or (ii) for purposes of determining the number of Persons voting on the Plan.

**Procedure.** Members of Class 1 may vote to accept or reject the Plan. Members of Class 2 will receive no distribution under the Plan and is deemed, therefore, to reject the Plan. In order for your vote to count, you must complete, date, sign and properly mail the enclosed Ballot (please note that envelopes have been included with the Ballot) to:

Albert A. Ciardi, III
Walter Gouldsbury, III
CIARDI CIARDI & ASTIN
1905 Spruce Street
Philadelphia, PA 19103
aciardi@ciardilaw.com
wgouldsbury@ciardilaw.com

**BALLOTS SENT BY FACSIMILE TRANSMISSION ARE NOT ALLOWED AND WILL NOT BE COUNTED.**

Pursuant to Bankruptcy Rule 3017, the Bankruptcy Court has ordered that original Ballots for the acceptance or rejection of the Plan must be received by mail or overnight delivery by counsel for the Debtor at the address set forth above **on or before** _____. Once you have delivered your Ballot, you may not change your vote, except for cause shown to the Bankruptcy Court after notice and hearing.

Any Ballot received by counsel to the Debtor that is incomplete in any way shall be deemed to be cast as follows:

(a) Ballots received that do not evidence the amount or evidence an incorrect amount of such Creditor's Claim shall be completed or corrected, as the case may be, based upon the Schedule filed by the Debtor if no proof of Claim has been filed by such Creditor, or based upon timely filed proofs of Claim, and counted as a vote to accept or reject the Plan;

(b) Ballots received that do not identify the Creditor, whether or not signed by the Creditor, shall not be counted as a vote to accept or reject the Plan.

**D.**      **Acceptance of the Plan**

As a Creditor, your acceptance of the Plan is important. In order for the Plan to be accepted by an Impaired Class of Claims, a majority in number and two-thirds in dollar amount of the Claims voting (of each Impaired Class of Claims) must vote to accept the Plan, or the Plan must qualify for cramdown of any non-accepting Class pursuant to Section 1129(b) of the Bankruptcy Code. At least one Impaired Class of Creditors, excluding the votes of Insiders, must actually vote to accept the Plan. You are urged to complete, date, sign and promptly mail the enclosed Ballot. Please be sure to complete the Ballot properly and legibly identify the exact amount of your Claim and the name of the Creditor.

**Cramdown Election.**    If all Classes do not accept the Plan, but at least one Impaired Class votes to accept the Plan, excluding the votes of Insiders, the Debtor may attempt to invoke the "cramdown" provisions. Cramdown may be an available remedy, because the Debtor believes that, with respect to each Impaired Class, the Plan is fair and equitable within the meaning of Section 1129(b)(2) of the Bankruptcy Code and does not discriminate unfairly.

**E.**      **Deadlines for Voting and Objecting; Date of Plan Confirmation Hearing**

THE COURT HAS NOT YET CONFIRMED THE PLAN DESCRIBED IN THIS DISCLOSURE STATEMENT. IN OTHER WORDS, THE TERMS OF THE PLAN ARE NOT YET BINDING ON ANYONE. HOWEVER, IF THE COURT LATER CONFIRMS THE PLAN, THEN THE PLAN WILL BE BINDING ON THE DEBTOR AND ON ALL CREDITORS AND INTEREST HOLDERS IN THIS CASE.

(1)      **Time and Place of the Confirmation Hearing**

The hearing where the Court will determine whether or not to confirm the Plan will take place on _____, before the Honorable Mary F. Walrathat the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Wilmington, DE 19801.

(2)      **Deadline For Voting For or Against the Plan**

If you are entitled to vote, it is in your best interest to timely vote on the enclosed Ballot and return the Ballot in the enclosed envelope to:

Albert A. Ciardi, III
Walter Gouldsbury, III
CIARDI CIARDI & ASTIN
1905 Spruce Street
Philadelphia, PA 19103
aciardi@ciardilaw.com
wgouldsbury@ciardilaw.com

Your Ballot must be received by 4:00 p.m. (eastern standard time) on _____ or it will not be counted.

(3)    **Deadline For Objecting to the Confirmation of the Plan**

Objections to the Confirmation of the Plan must be filed with the Bankruptcy Court and served by _____ upon:

Albert A. Ciardi, III
Walter Gouldsbury, III
CIARDI CIARDI & ASTIN
1905 Spruce Street
Philadelphia, PA 19103
aciardi@ciardilaw.com
wgouldsbury@ciardilaw.com

(4)    **Identity of Person to Contact for More Information Regarding the Plan**

Any interested party desiring further information about the Plan should contact:

Albert A. Ciardi, III
Walter Gouldsbury, III
CIARDI CIARDI & ASTIN
1905 Spruce Street
Philadelphia, PA 19103
aciardi@ciardilaw.com
wgouldsbury@ciardilaw.com

F.    **Recommendation of Debtor to Approve Plan**

The Debtor has approved the solicitation of acceptances of the Plan and all of the transactions contemplated thereby.  In light of the benefits to be attained by the Holders of eligible Claims pursuant to consummation of the transactions contemplated by the Plan, the Debtor reached this decision after considering the alternatives to the Plan that are available to the Debtor and the possible effect on the Debtor's creditors of such alternatives. These alternatives include liquidation under Chapter 7 of the Bankruptcy Code. The Debtor determined that the transactions contemplated in the Plan would likely result in a distribution of greater value to Creditors than would a liquidation under Chapter 7.

THE DEBTOR SUPPORTS THE PLAN AND URGES ALL HOLDERS OF ELIGIBLE CLAIMS WHOSE VOTES ARE BEING SOLICITED TO TIMELY SUBMIT BALLOTS TO ACCEPT AND SUPPORT THE PLAN.

G.    **Summary of Voting Procedures**

The Solicitation Package is being furnished to Holders of eligible Claims whose names (or the names of whose Nominees) appear as of the Voting Record Date in the records maintained by the Debtor.

All votes to accept or reject the Plan must be cast using the Ballot enclosed with this Disclosure Statement. No other votes will be counted. Consistent with the provisions of Federal Rule of Bankruptcy Procedure 3018, the Debtor has fixed -----------------as the Voting Record Date for the determination of Holders of record of eligible Claims entitled to receive the Solicitation Package and vote on the Plan. Ballots must be received by the counsel for the Debtor no later than the Ballot Date unless the solicitation is terminated early or extended by the Debtor prior to the Ballot Date. Except to the extent requested by the Debtor or as permitted by the Bankruptcy Court pursuant to Federal Rule of Bankruptcy Procedure 3018, Ballots received after the Ballot Date will not be counted or otherwise used in connection with the Debtor's request for Confirmation of the Plan (or any permitted modification thereof).

The Debtor reserves the right to amend the Plan either before or after the Confirmation Date. Amendments to the Plan that do not materially and adversely affect the treatment of Claims and are consistent with the terms of the Plan may be approved by the Bankruptcy Court at the hearing on Confirmation without the necessity of resoliciting votes. In the event resolicitation is required, the Debtor will furnish new solicitation packets which shall include new ballots to be used to vote to accept or reject the Plan, as amended.

Biedermann Motech, Inc. a/k/a Miami Device Solutions, Inc. (the "Debtor"), as debtor and debtor in possession proposed a Plan of Reorganization (as amended from time to time, the "Plan") under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). This Disclosure Statement is intended to provide adequate information about the Plan pursuant to 11 U.S.C. § 1125(f)(1).

All creditors entitled to vote on the Plan should review this Disclosure Statement and the Plan carefully before voting to accept or reject the Plan.

All capitalized terms not otherwise defined herein shall have the respective meanings set forth in Article I of the Plan.  The disclosures made herein, along with all other disclosures, provisions, exhibits, addenda, supplements, and amendments to this Plan, are referred to herein and in the Plan as the "Disclosure Statement."

*The following disclosures are made with the intention of providing adequate information about the Debtor's business operations and financial affairs to enable creditors to determine whether to vote to accept or reject the Plan.  These disclosures are made for informational purposes only and are not intended to be binding covenants or to change the meanings of the terms of the Plan.  Certain statements are made about the function and effect of the Plan and its provisions; in the event of an inconsistency, the other terms of the Plan (Article I, et seq.) shall control.*

## 2.  **THE DEBTOR**

The Debtor, a Delaware corporation, is a manufacturer of orthopedic trauma implants systems, which are marketed and distributed in the United States. The production is outsourced to third party contract manufacturers. The Debtor also markets and distributes certain implant systems for spinal surgery in the United States and Canada.

The entry to the United States market from a marketing perspective required substantially more time and capital than anticipated. The Debtor is unable to take advantage of opportunities with the existing 34,000,000 of debt on the balance sheet. The Debtor's restructuring will eliminate most of the debt, provide an infusion of capital and allow existing management to refocus on growth opportunities for existing and new products.

In addition to restructuring the capital of the company, the Debtor has taken the following steps to reduce expenses and better use the remaining capital it has to successfully emerge from the bankruptcy process:

- By eliminating debt which could not be serviced, the interest savings will help financial statements moving forward by accurately reflecting operations.
- The merger of 2 companies (Biedermann Motech Inc. and Miami Device Solutions, LLC) allows a greater focus on the company's identity and increases efficiencies.
- Reduction on rental space and overhead costs will allow the Debtor to operate with its existing capital over a longer time frame to implement its growth strategy.
- Reduction of payroll which provided major savings (300K per year)
- Placed any major marketing expenditures on hold while reorganizing operations around the new focus on sales of less product groups but more profitable product groups.
- Reorganize terms with keyvendors (Royalties, Implant Suppliers, Cleaning Company, Rental Agreement, IT provider, etc.)

The Debtor believes that the changes in capital structure, cost savings and product focus will allow the company to move forward profitably.

As evidenced by the projections prepared by the Debtor and attached hereto as **Exhibit A**, the Debtor believes that it is feasible for the Debtor to consummate the proposed terms of the Plan.

This Plan calls for a traditional reorganization of the Debtor's affairs. Although the terms below will govern the specifics, the purpose of the Plan is to provide for a fixed payout of prepetition unsecured claims by making periodic distributions to creditors, *pro rata,* after the Effective Date. This payout will be generated from future revenues of the Reorganized Debtor, which will continue to be managed by the Debtor's principal, Marku Biedermann.

Creditors are advised to review the impact of this Plan with their accountants and other tax professionals, as there may be federal and other tax consequences upon confirmation hereof.

## 3.   **SUMMARY OF THE PLAN**

The following table sets forth a brief summary of the classification and general treatment of Claims and Interests under the Plan. In accordance with section 1123(a)(1) of the Bankruptcy Code, Administrative Claims, Fee Claims and Priority Tax Claims have not been classified and,

subject to the applicable deadlines, will be paid in full in Cash to the extent such Claims become Allowed Claims. All other Claims and Interests have been classified. With respect to each class, the amount shown in the table as "Estimated Percentage Recovery" is the quotient of the estimate of the Cash to be distributed to all holders of Allowed Claims in such Class, if any, divided by the estimated aggregate amount of Allowed Claims in such Class.

The information set forth in the table is for convenience of reference only. Each holder of a Claim or Interest should refer to Articles II, III, and IV of the Plan and the Liquidation Analysis for a full description of the classification and treatment of Claims and Interests provided under the Plan. ALTHOUGH THE DEBTOR BELIEVES THAT THE ESTIMATED PERCENTAGE RECOVERIES ARE REASONABLE, NO REPRESENTATION CAN BE OR IS BEING MADE WITH RESPECT TO WHETHER THE ESTIMATED PERCENTAGE RECOVERIES SHOWN WILL BE REALIZED BY THE HOLDER OF AN ALLOWED CLAIM OR INTEREST IN A PARTICULAR CLASS. THE ACTUAL RECOVERIES UNDER THE PLAN BY HOLDERS OF CLAIMS OR INTERESTS WILL DEPEND UPON A VARIETY OF FACTORS INCLUDING BUT NOT LIMITED TO WHETHER, AND IN WHAT AMOUNT, CONTINGENT CLAIMS AGAINST THE DEBTOR BECOME NON-CONTINGENT AND FIXED; WHETHER, AND TO WHAT EXTENT, DISPUTED CLAIMS ARE RESOLVED IN FAVOR OF THE DEBTOR; AND TO WHAT EXTENT RECOVERIES ARE OBTAINED FROM THE DEBTOR'S ASSETS AND CAUSES OF ACTION.

| Class | Description of Claims or Interests | Summary of Treatment Under the Plan |
|---|---|---|
| Unclassified | Administrative Claims (primarily but not always claims arising after the Petition Date, not including Fee Claims) | 100% of the unpaid Allowed amount of Administrative Claims will be paid in Cash on or as soon as reasonably practicable after the Effective Date. |
| Unclassified | Fee Claims (claims asserted by professionals of the Debtor's bankruptcy estate for compensation and reimbursement of out-of-pocket expenses during the Chapter 11 Case) | 100% of the unpaid Allowed amount of Fee Claims will be paid in Cash on the date (or as soon thereafter as reasonably practicable) that such Claims are allowed by Final Order of the Court. |
| Class 1 | General Unsecured Claims | Pro-rata distribution of $50,000 |
| Class 2 | Interests | All Interests in the Debtor as of the Petition Date shall be deemed canceled on the Effective Date. The holders of Interests in Class 2 shall receive no other treatment with respect to or on account of their Interests hereunder. |

On the Confirmation Date, all prepetition executory contracts and unexpired leases of the Estate shall be assumed by the Debtor under §§ 365 and 1123 of the Bankruptcy Code and assigned to the Reorganized Debtor, except (a) any executory contract or unexpired lease that is the subject of a separate motion for authority to reject filed pursuant to § 365 of the Bankruptcy Code by the

Debtor before the entry of the Confirmation Order; or (b) any executory contract or unexpired lease rejected pursuant to an order of the Bankruptcy Court. Notwithstanding anything in this Plan to the contrary, no executory contract or unexpired lease shall be deemed assumed or rejected pursuant to the terms of this Article VIII if the Effective Date fails to occur for any reason.

With respect to each executory contract and unexpired lease to be assumed under the Plan, it is the Debtor's contention that there are no defaults, and that there will be no obligations under section 365(b) of the Bankruptcy Code. In the event any non-Debtor party to an assumed executory contract or unexpired lease disputes the Debtor's contention or contends that it is entitled to any other relief in connection with the assumption, then any such dispute in contention must be raised by a motion filed by the non-debtor party at least fifteen (15) days prior to the date noticed for the Confirmation Hearing. Any party that fails to file the motion in a timely manner shall be deemed to have waived any and all objections to assumption of the executory contract or unexpired lease.

**In order to prevent retaliatory collection activity against the Debtor and its insiders on account of pre-confirmation debts, Article X of the Plan contains broad releases, waivers, and exculpatory language. Creditors and other parties in interest are encouraged to review these provisions of the Plan carefully with their counsel to determine the extent to which these provisions will affect their rights and interests.**

There are certain risks that creditors and parties in interest may suffer in the event that the Plan is confirmed. PARTIES SHOULD READ AND CONSIDER CAREFULLY THE FACTORS SET FORTH BELOW, AS WELL AS THE OTHER INFORMATION SET FORTH IN THIS DISCLOSURE STATEMENT (AND THE DOCUMENTS DELIVERED TOGETHER HEREWITH AND/OR INCORPORATED HEREIN BY REFERENCE), PRIOR TO VOTING TO ACCEPT OR REJECT THE PLAN. THESE RISK FACTORS SHOULD NOT, HOWEVER, BE REGARDED AS CONSTITUTING THE ONLY RISKS INVOLVED IN CONNECTION WITH THE PLAN AND ITS IMPLEMENTATION. Such risks include:

- There is a risk that Distributions will be less than estimated herein.

- There is a risk that a substantial amount of time may elapse between the Effective Date and the receipt of Distributions (if any) under the Plan.

- The projected distributions and recoveries set forth in this Disclosure Statement are based on the Debtor's estimate of Allowed Claims. The Debtor projects that the Claims asserted against the Debtor will be resolved in and reduced to an amount that approximates their estimates. However, there can be no assurance that the Debtor's estimates will prove accurate.

- There is a risk that the Debtor's efforts to improve revenues through business, fiscal, and operational changes will not be successful and that the Debtor will thus be unable to meet its Plan obligations.

<u>STATEMENT CONCERNING INCOME TAX CONSEQUENCES</u>

Confirmation of a plan of reorganization can have a number of tax implications upon the holders of claims and interests against the Debtor, including but not limited to taxes associated with the vesting of assets from the Estate to the Reorganized Debtor; discharge/cancellation of

indebtedness; and capital gains/losses. Given the relative size of the Debtor's estate and the diverse nature of the holders of Claims and Interests, the Debtor has not undertaken an analysis of the tax consequences of the Plan upon holders of Claims and Interests.  Accordingly, creditors and parties in interest should consult competent tax counsel for purposes of determining the specific tax consequences of the Plan with respect to a particular holder of a Claim or Interest.

THE TAX CONSEQUENCES TO HOLDERS OF CLAIMS OR INTERESTS MAY VARY BASED UPON THE INDIVIDUAL CIRCUMSTANCES OF EACH HOLDER. MOREOVER, THE TAX CONSEQUENCES OF CERTAIN ASPECTS OF THE PLAN MAY BE UNCERTAIN DUE, IN SOME CASES, TO THE LACK OF APPLICABLE LEGAL PRECEDENT AND THE POSSIBILITY OF CHANGES IN THE LAW. NO RULING HAS BEEN APPLIED FOR OR OBTAINED FROM THE INTERNAL REVENUE SERVICE WITH RESPECT TO ANY OF THE TAX ASPECTS OF THE PLAN AND NO OPINION OF COUNSEL HAS BEEN REQUESTED OR OBTAINED BY THE DEBTOR WITH RESPECT THERETO.

THIS DISCUSSION DOES NOT CONSTITUTE TAX ADVICE OR A TAX OPINION CONCERNING THE MATTERS DESCRIBED. THERE CAN BE NO ASSURANCE THAT THE INTERNAL REVENUE SERVICE WILL NOT CHALLENGE ANY OR ALL OF THE TAX CONSEQUENCES DESCRIBED HEREIN, OR THAT SUCH A CHALLENGE, IF ASSERTED, WOULD NOT BE UPHELD. ACCORDINGLY, EACH HOLDER OF A CLAIM OR INTEREST IS STRONGLY URGED TO CONSULT WITH ITS OWN TAX ADVISOR REGARDING THE FEDERAL, STATE, LOCAL, FOREIGN OR OTHER TAX CONSEQUENCES OF THE PLAN.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this document is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing, or recommending to another party any transaction or matter that is contained in this document.

Any federal, state, or local withholding taxes or other amounts required to be withheld under applicable law may be deducted from Distributions. All persons holding Claims may be required to provide any information necessary to effect the withholding of such taxes, and the Debtor shall be authorized to withhold Distribution on such Claims until the requisite information is received.

## 4.    <u>ALTERNATIVES TO THE PLAN</u>

The Plan embodies what the Debtor considers to be the best and most cost-effective manner of maximizing the value of its assets for the benefit of creditors and parties in interest.  If the Plan is not confirmed, then the Chapter 11 Case will likely be converted to a case under Chapter 7 of the Bankruptcy Code, which would almost certainly result in the piecemeal liquidation of the Debtor's assets.

The Debtor does not believe that there are any alternatives to the Plan that would result in the making of Distributions to holders of Unsecured Claims. In the event of a Chapter 7 liquidation, the Debtor would likely cease its business operations and a trustee would be appointed to liquidate

and eventually distribute the remaining assets of the estate.  As demonstrated by the Liquidation Analysis, the Debtor believes that in the event of a liquidation, what little value may remain in the Debtor's assets will be fully subsumed by the Claims of secured creditors.

**5.**     <u>**CONCLUSION**</u>

In conclusion, the Debtor believes that confirmation and implementation of the Plan will provide each creditor with a greater recovery than it would receive if the Debtor were to liquidate and distribute its assets under Chapter 7.  Thus, the Debtor recommends confirmation and implementation of the Plan as the best possible outcome for creditors.  The Debtor therefore urges holders of impaired Claims to vote to accept the Plan.

BIEDERMANN MOTECH, INC. A/K/A
MIAMI DEVICE SOLUTIONS, INC.

Dated: _____   October 31, 2024

By:_____

EXHIBIT A

| | Aug 24 | Sept 24 | Oct 24 |
|---|---|---|---|
| **Ordinary Income/Expense** | | | |
| Income | | | |
| 4000 · Sales Spine | | 70% | 70% |
| 4001 · Moss 100 | | 10,500 | 10,500 |
| 4002 · Telix K | | 66,691 | 60,844 |
| 4003 · Moss VRS | | 52,500 | 52,500 |
| 4005 · Moss VRS MIS | | 10,500 | 10,500 |
| Total 4000 · Sales Spine | 0 | 140,191 | 134,344 |
| 4100 · Sales Trauma | | 70% | 70% |
| 4101 · PHLP | | 12,075 | 12,075 |
| 4102 · DRLP | | 0 | 0 |
| 4103 · DRLP 2.0 | | 0 | 0 |
| 4104 · OLP | | 15,738 | 9,574 |
| 4106 · M.S. 2.7T | | 0 | 0 |
| 4109 · MSPH 3.5T | | 45,978 | 50,457 |
| 4111 · DHOL | | 4,830 | 4,830 |
| Total 4100 · Sales Trauma | 250,000 | 78,621 | 76,936 |
| **Total Income** | 250,000 | 218,812 | 211,280 |
| **Cost of Goods Sold** | | | |
| 5000 · COGS Spine | | | |
| 5001 · Moss 100 | | 3,465.00 | 3,465.00 |
| 5002 · Telix K | | 10,670.58 | 9,735.04 |
| 5003 · Moss VRS | | 11,550.00 | 11,550.00 |
| 5005 · Moss VRS MIS | | 3,360.00 | 3,360.00 |
| Total 5000 · COGS Spine | 0 | 29,046 | 28,110 |
| 5100 · COGS Trauma | | | |
| 5101 · PHLP | | 5,175.00 | 5,175.00 |
| 5102 · DRLP | | 0.00 | 0.00 |
| 5103 · DRLP 2.0 | | 0.00 | 0.00 |
| 5104 · OLP | | 6,070.19 | 3,692.69 |
| 5106 · M.S. 2.7T | | 0.00 | 0.00 |
| 5109 · MSPH 3.5T | | 79.66 | 13,695.47 |

| | | | |
|---|---|---:|---:|
| 5111 · DHOL | | 2,001.00 | 2,001.00 |
| **Total 5100 · COGS Trauma** | **0** | **25,726** | **24,564** |
| | | | |
| 5900 · Freight & Shipping Out | 7,546 | 6,346 | 6,127 |
| 5900.5 · Freight & Shipping In | 377 | 416 | 401 |
| 5900.7 · Shipping Material | 0 | 750 | 0 |
| 5901 · Inv. Overages/Shortages | 0 | 0 | 0 |
| **Total COGS** | **7,923** | **62,283** | **59,203** |
| **Gross Profit** | **242,077** | **156,529** | **152,078** |
| Expense | | | |
| 6000 · Operations | | | |
| 6001 · Salary/Wage - Ops | 12,646 | 12,646 | 12,646 |
| 6002 · Payroll Taxes - Ops | 1,037 | 1,037 | 1,037 |
| 6003 · 401K - Ops | 305 | 305 | 305 |
| 6065 · Severance Expense - Ops | 0 | 0 | 0 |
| 6066 · Bonus/Commissions - Ops | 0 | 0 | 0 |
| 6078 · Employee Insurance - Ops | 1,500 | 1,500 | 1,500 |
| **Total 6000 · Operations** | **15,488** | **15,488** | **15,488** |
| 6200 · Quality Management | | | |
| 6201 · Salary/Wage - Quality | 10,833 | 10,833 | 10,833 |
| 6202 · Payroll Taxes - Quality | 888 | 888 | 888 |
| 6203 · 401K - Quality | 225 | 225 | 225 |
| 6208 · Consulting - Quality | 0 | 4,500 | 0 |
| 6240 · Inventory Expense | 0 | 1,000 | 1,000 |
| 6265 · Severance Expense - Quality | 0 | 0 | 0 |
| 6266 · Bonus/Commissions - Quality | 0 | 0 | 0 |
| 6278 · Employee Insurance - Quality | 700 | 700 | 700 |
| **Total 6200 · Quality Management** | **12,647** | **18,147** | **13,647** |
| 6300 · Sales & Marketing | | | |
| 6301 · Salary/Wages - Sales | 25,367 | 25,367 | 25,367 |
| 6302 · Payroll Taxes - Sales | 2,080 | 2,080 | 2,080 |
| 6303 · 401k - Sales | 175 | 175 | 175 |
| 6304 · Travel - Sales | 6,500 | 6,500 | 6,500 |
| 6305 · Meals and Entertainment - Sales | 500 | 500 | 500 |

| | | | |
|---|---|---|---|
| 6306 · Gas, Parking & Tolls - Sales | 300 | 300 | 300 |
| 6308 · Consulting - Sales | 1,500 | 1,500 | 1,500 |
| 6310 · Car/Truck Expense | 0 | 0 | 0 |
| 6311 · BT Royalties | 5,758 | 4,206 | 4,030 |
| 6311 · BT Royalties | 3,297 | 2,359 | 2,308 |
| 6313 · Distributor Fees | 61,414 | 44,861 | 42,990 |
| 6313 · Distributor Fees | 27,477 | 19,655 | 19,234 |
| 6314 · Hospital Fees | 205 | 205 | 205 |
| 6345 · Prototype/Sample Expense - Sales | 3,000 | 3,000 | 3,000 |
| 6365 · Severance Expense - Sales | 0 | 0 | 0 |
| 6366 · Bonus/Commissions - Sales | 9,167 | 9,167 | 9,167 |
| 6368 · Employee Insurance - Sales | 3,000 | 2,500 | 2,500 |
| 6370 · Marketing | | | |
| 6371 · Salary/Wages - Mktg | 2,167 | 2,167 | 2,167 |
| 6372 · Payroll Taxes - Mktg | 178 | 178 | 178 |
| 6373 · 401K - Mktg | 50 | 50 | 50 |
| 6378 · Employee Insurance - Mktg | 300 | 300 | 300 |
| 6379 · Depreciation - Mktg | 0 | 0 | 0 |
| Total 6370 · Marketing | 2,694 | 2,694 | 2,694 |
| 6380 · Total Conferences & Seminars | | | |
| 6381 · Conferences & Seminars | 0 | 5,000 | 0 |
| Total 6380 · Total Conferences & Seminars | 0 | 5,000 | 0 |
| 6390 · Sunshine Act | | | |
| 6391 · Cadavar Lab - Sunshine | 0 | 0 | 7,000 |
| 6393 · Consulting-Sunshine | 0 | 0 | 0 |
| 6394 · Travel & Lodging - Sunshine | 0 | 0 | 0 |
| 6395 · Food and Beverage-Sunshine | 0 | 0 | 0 |
| 6398 · Royalties-Sunshine | 0 | 2,000 | 0 |
| Total 6390 · Sunshine Act | 0 | 2,000 | 7,000 |
| | 152,435 | 132,069 | 129,551 |
| 6400 · Administration | | | |
| 6401 · Salary/Wages - Admin | 41,217 | 41,217 | 41,217 |
| 6402 · Payroll Taxes - Admin | 3,380 | 3,380 | 3,380 |
| 6403 · 401K - Admin | 800 | 800 | 800 |

| | | | |
|---|---|---|---|
| 6404 · Travel - Admin | 2,500 | 2,500 | 2,500 |
| 6405 · Meals and Entertainment - Admin | 250 | 250 | 250 |
| 6406 · Gas, Parking & Tolls - Admin | 75 | 75 | 75 |
| 6408 · Consulting - Admin | 2,500 | 2,500 | 2,500 |
| 6409 · Management Fees | 9,870 | 9,870 | 4,167 |
| 6413 · Worker's Compensation | 200 | 200 | 200 |
| 6414 · Insurance | 1,600 | 1,600 | 1,600 |
| 6415 · General Liability Ins. | 2,600 | 2,600 | 2,600 |
| 6416 · Property Insurance | 3,000 | 3,000 | 3,000 |
| 6419 · Auto Insurance | 715 | 715 | 715 |
| 6421 · Legal Expenses | 0 | 0 | 0 |
| 6422 · Accounting Fees | 8,500 | 8,500 | 8,500 |
| 6425 · IT Services | 750 | 750 | 750 |
| 6427 · Small Building Repairs | 750 | 750 | 750 |
| 6428 · Cleaning & Office Maintenance | 1,900 | 1,900 | 1,900 |
| 6430 · Rent | 9,870 | 9,870 | 4,167 |
| 6431 · Utilities | 2,000 | 2,000 | 1,100 |
| 6432 · Phone | 1,250 | 1,250 | 1,250 |
| 6433 · Internet | 315 | 315 | 315 |
| 6434 · Alarm | 0 | 125 | 0 |
| 6435 · Groceries | 100 | 100 | 100 |
| 6437 · Office Expenses | 250 | 250 | 250 |
| 6439 · Office Supplies - Admin | 250 | 250 | 250 |
| 6442 · Dues and Subscriptions | 3,018 | 2,500 | 2,500 |
| 6443 · Software License <1 yr | 900 | 900 | 900 |
| 6444 · Licenses and Permits | 775 | 775 | 775 |
| 6445 · Taxes | 175 | 175 | 175 |
| 6446 · Bank Service Charges | 2,500 | 2,188 | 2,113 |
| 6447 · Gifts | 400 | 0 | 0 |
| 6449 · Computer Repairs & Maint. | 250 | 250 | 250 |
| 6450 · Recruitment Fees - Admin | 0 | 0 | 0 |
| 6460 · Insurance Services - Biedermann Group | 3,625 | 3,625 | 3,625 |
| 6461 · IT Expense - Biedermann Group | 200 | 200 | 200 |
| 6466 · Bonus/Commissions - Admin | 0 | 0 | 0 |

| | | | |
|---|---|---:|---:|---:|
| 6469 · Depreciation - Admin | | 0 | 0 | 0 |
| 6470 · Bad Debt Expense | | 1,000 | 1,000 | 1,000 |
| 6478 · Employee Insurance - Admin | | 3,300 | 3,300 | 3,300 |
| **Total 6400 · Administration** | | 110,786 | 109,681 | 97,174 |
| **Total Expense** | | 291,355 | 275,385 | 255,859 |
| **Net Ordinary Income** | | (49,278) | (118,855) | (103,782) |
| **Other Income/Expense** | | | | |
| **Other Income** | | 5,900 | 5,900 | 5,900 |
| **Other Expense** | | | | |
| 7000 · Interest Expense | | 0 | 0 | 0 |
| 7002 · Depreciation Expense - Sets | | 15,000 | 15,000 | 15,000 |
| 7002 · Depreciation Expense - Sets | | 3,500 | 3,500 | 3,500 |
| 7005 · Exchange Gain or Loss | | 0 | 0 | 0 |
| **UST Fees** | | 0 | 15,000 | 15,000 |
| **Total Other Expense** | | 18,500 | 33,500 | 33,500 |
| **Net Other Income** | | (12,600) | (27,600) | (27,600) |
| **Net Income** | | **(61,878)** | **(146,455)** | **(131,382)** |
| | | | | |
| **EBITDA** | | (42,203) | (126,780) | (111,707) |
| **Cash Flow** | | (42,378) | (126,955) | (111,882) |
| **Cumulative Cash Flow** | | (42,378) | (169,334) | (281,215) |

| | Nov 24 | Dec 24 | Jan 25 | Feb 25 | Mar 25 | Apr 25 | May 25 | Jun 25 | Jul 25 | Aug 25 |
|---|---|---|---|---|---|---|---|---|---|---|
| | 70% | 70% | 70% | 70% | 70% | 70% | 70% | 70% | 70% | 70% |
| | 10,500 | 10,500.00 | 10,500.00 | 10,500.00 | 10,500.00 | 10,500.00 | 10,500.00 | 10,500.00 | 10,500.00 | 10,500.00 |
| | 80,193 | 77,618.10 | 68,454.40 | 62,881.70 | 60,189.64 | 63,871.50 | 78,596.00 | 66,001.60 | 86,474.50 | 84,753.62 |
| | 52,500 | 52,500.00 | 52,500.00 | 52,500.00 | 70,000.00 | 70,000.00 | 70,000.00 | 70,000.00 | 70,000.00 | 70,000.00 |
| | 10,500 | 10,500.00 | 10,500.00 | 10,500.00 | 10,500.00 | 10,500.00 | 10,500.00 | 10,500.00 | 10,500.00 | 10,500.00 |
| | **153,693** | **151,118.10** | **141,954.40** | **136,381.70** | **151,189.64** | **154,871.50** | **169,596.00** | **157,001.60** | **177,474.50** | **175,753.62** |
| | 70% | 70% | 70% | 70% | 70% | 70% | 70% | 70% | 70% | 70% |
| | 12,075 | 12,075.00 | 12,075.00 | 12,075.00 | 12,075.00 | 12,075.00 | 12,075.00 | 12,075.00 | 12,075.00 | 12,075.00 |
| | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 7,416 | 15,737.52 | 9,573.64 | 7,416.24 | 4,171.28 | 3,567.53 | 3,285.78 | 3,688.28 | 3,688.28 | 4,171.28 |
| | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 25,486 | 53,471.70 | 33,647.60 | 22,923.18 | 42,251.18 | 50,778.70 | 50,282.58 | 51,751.19 | 103,959.50 | 58,645.01 |
| | 4,830 | 4,830.00 | 4,830.00 | 4,830.00 | 4,830.00 | 4,830.00 | 4,830.00 | 4,830.00 | 4,830.00 | 4,830.00 |
| | **49,808** | **86,114.92** | **60,126.94** | **47,245.12** | **63,328.17** | **71,251.93** | **70,474.07** | **72,345.18** | **124,553.48** | **79,722.00** |
| | 203,501 | 237,233.02 | 202,081.34 | 183,626.82 | 214,517.81 | 226,123.43 | 240,070.07 | 229,346.78 | 302,027.98 | 255,475.62 |
| | | | | | | | | | | |
| | 3,465.00 | 3,465.00 | 3,465.00 | 3,465.00 | 3,465.00 | 3,465.00 | 3,465.00 | 3,465.00 | 3,465.00 | 3,465.00 |
| | 12,830.83 | 12,418.90 | 10,952.70 | 10,061.07 | 9,630.34 | 10,219.44 | 12,575.36 | 10,560.26 | 13,835.92 | 13,560.58 |
| | 11,550.00 | 11,550.00 | 11,550.00 | 11,550.00 | 15,400.00 | 15,400.00 | 15,400.00 | 15,400.00 | 15,400.00 | 15,400.00 |
| | 3,360.00 | 3,360.00 | 3,360.00 | 3,360.00 | 3,360.00 | 3,360.00 | 3,360.00 | 3,360.00 | 3,360.00 | 3,360.00 |
| | **31,206** | **30,793.90** | **29,327.70** | **28,436.07** | **31,855.34** | **32,444.44** | **34,800.36** | **32,785.26** | **36,060.92** | **35,785.58** |
| | | | | | | | | | | |
| | 5,175.00 | 3,622.50 | 3,622.50 | 3,622.50 | 3,622.50 | 3,622.50 | 3,622.50 | 3,622.50 | 3,622.50 | 3,622.50 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 2,860.55 | 4,249.13 | 2,584.88 | 2,002.38 | 1,126.25 | 963.23 | 887.16 | 995.84 | 995.84 | 1,126.25 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 6,917.71 | 10,159.62 | 6,393.04 | 4,355.40 | 8,027.72 | 9,647.95 | 9,553.69 | 9,832.73 | 19,752.30 | 11,142.55 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2,001.00 | 1,400.70 | 1,400.70 | 1,400.70 | 1,400.70 | 1,400.70 | 1,400.70 | 1,400.70 | 1,400.70 | 1,400.70 |
| 16,954 | 19,431.95 | 14,001.13 | 11,380.99 | 14,177.17 | 15,634.39 | 15,464.05 | 15,851.76 | 25,771.34 | 17,292.00 |
| | | | | | | | | | |
| 5,902 | 6,879.76 | 5,860.36 | 5,325.18 | 6,221.02 | 6,557.58 | 6,962.03 | 6,651.06 | 8,758.81 | 7,408.79 |
| 387 | 450.74 | 383.95 | 348.89 | 407.58 | 429.63 | 456.13 | 435.76 | 573.85 | 485.40 |
| 0 | 750.00 | 0.00 | 0.00 | 750.00 | 0.00 | 0.00 | 750.00 | 0.00 | 0.00 |
| 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,500.00 | 0.00 | 0.00 |
| 54,448 | 58,306.35 | 49,573.14 | 45,491.13 | 53,411.11 | 55,066.04 | 57,682.58 | 58,973.83 | 71,164.93 | 60,971.78 |
| 149,053 | 178,926.67 | 152,508.20 | 138,135.69 | 161,106.69 | 171,057.39 | 182,387.49 | 170,372.94 | 230,863.06 | 194,503.84 |
| | | | | | | | | | |
| 12,646 | 12,646.00 | 12,646.00 | 12,646.00 | 12,646.00 | 12,646.00 | 12,646.00 | 12,646.00 | 12,646.00 | 12,646.00 |
| 1,037 | 1,036.97 | 1,036.97 | 1,036.97 | 1,036.97 | 1,036.97 | 1,036.97 | 1,036.97 | 1,036.97 | 1,036.97 |
| 305 | 225.00 | 225.00 | 225.00 | 225.00 | 225.00 | 225.00 | 225.00 | 225.00 | 225.00 |
| 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1,500 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 |
| 15,488 | 15,407.97 | 15,407.97 | 15,407.97 | 15,407.97 | 15,407.97 | 15,407.97 | 15,407.97 | 15,407.97 | 15,407.97 |
| | | | | | | | | | |
| 10,833 | 10,833.33 | 10,833.33 | 10,833.33 | 10,833.33 | 10,833.33 | 10,833.33 | 10,833.33 | 10,833.33 | 10,833.33 |
| 888 | 888.33 | 888.33 | 888.33 | 888.33 | 888.33 | 888.33 | 888.33 | 888.33 | 888.33 |
| 225 | 225.00 | 225.00 | 225.00 | 225.00 | 225.00 | 225.00 | 225.00 | 225.00 | 225.00 |
| 0 | 4,500.00 | 5,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0 | 1,000.00 | 0.00 | 1,000.00 | 0.00 | 1,000.00 | 0.00 | 1,000.00 | 0.00 | 1,000.00 |
| 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 650 | 650.00 | 650.00 | 650.00 | 650.00 | 650.00 | 650.00 | 650.00 | 650.00 | 650.00 |
| 12,597 | 18,096.66 | 18,096.66 | 13,596.66 | 12,596.66 | 13,596.66 | 12,596.66 | 13,596.66 | 12,596.66 | 13,596.66 |
| | | | | | | | | | |
| 25,367 | 25,367.00 | 25,367.00 | 25,367.00 | 25,367.00 | 25,367.00 | 25,367.00 | 25,367.00 | 25,367.00 | 25,367.00 |
| 2,080 | 2,080.09 | 2,080.09 | 2,080.09 | 2,080.09 | 2,080.09 | 2,080.09 | 2,080.09 | 2,080.09 | 2,080.09 |
| 175 | 175.00 | 175.00 | 175.00 | 175.00 | 175.00 | 175.00 | 175.00 | 175.00 | 175.00 |
| 6,500 | 6,500.00 | 6,500.00 | 6,500.00 | 6,500.00 | 6,500.00 | 6,500.00 | 6,500.00 | 6,500.00 | 6,500.00 |
| 500 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 300 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 |
| 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 |
| 250 | 0.00 | 0.00 | 0.00 | 0.00 | 250.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 4,611 | 4,533.54 | 4,258.63 | 4,091.45 | 4,535.69 | 4,646.15 | 5,087.88 | 4,710.05 | 5,324.24 | 5,272.61 |
| 1,494 | 2,583.45 | 1,803.81 | 1,417.35 | 1,899.84 | 2,137.56 | 2,114.22 | 2,170.36 | 3,736.60 | 2,391.66 |
| 49,182 | 48,357.79 | 45,425.41 | 43,642.14 | 48,380.68 | 49,558.88 | 54,270.72 | 50,240.51 | 56,791.84 | 56,241.16 |
| 12,452 | 21,528.73 | 15,031.73 | 11,811.28 | 15,832.04 | 17,812.98 | 17,618.52 | 18,086.29 | 31,138.37 | 19,930.50 |
| 205 | 205.00 | 205.00 | 205.00 | 205.00 | 205.00 | 205.00 | 205.00 | 205.00 | 205.00 |
| | | | | | | | | | |
| 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 9,167 | 9,167.00 | 9,167.00 | 9,167.00 | 9,167.00 | 9,167.00 | 9,167.00 | 9,167.00 | 9,167.00 | 9,167.00 |
| 2,750 | 2,750.00 | 2,750.00 | 2,750.00 | 2,750.00 | 2,750.00 | 2,750.00 | 2,750.00 | 2,750.00 | 2,750.00 |
| | | | | | | | | | |
| 2,167 | 2,166.67 | 2,166.67 | 2,166.67 | 2,166.67 | 2,166.67 | 2,166.67 | 2,166.67 | 2,166.67 | 2,166.67 |
| 178 | 177.67 | 177.67 | 177.67 | 177.67 | 177.67 | 177.67 | 177.67 | 177.67 | 177.67 |
| 50 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 |
| 300 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 |
| 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2,694 | 2,694.34 | 2,694.34 | 2,694.34 | 2,694.34 | 2,694.34 | 2,694.34 | 2,694.34 | 2,694.34 | 2,694.34 |
| | | | | | | | | | |
| 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| 0 | 0.00 | 7,000.00 | 0.00 | 0.00 | 0.00 | 7,000.00 | 0.00 | 0.00 | 0.00 |
| 2,500 | 0.00 | 0.00 | 0.00 | 2,500.00 | 0.00 | 0.00 | 0.00 | 2,500.00 | 0.00 |
| 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0 | 2,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,000.00 | 0.00 | 0.00 |
| 2,500 | 2,000.00 | 7,000.00 | 0.00 | 2,500.00 | 0.00 | 7,000.00 | 2,000.00 | 2,500.00 | 0.00 |
| 121,727 | 130,241.94 | 124,758.01 | 112,200.66 | 124,386.69 | 125,644.00 | 137,329.77 | 128,445.64 | 150,729.48 | 135,074.36 |
| | | | | | | | | | |
| 41,217 | 41,217.00 | 41,217.00 | 41,217.00 | 41,217.00 | 41,217.00 | 41,217.00 | 41,217.00 | 41,217.00 | 41,217.00 |
| 3,380 | 3,379.79 | 3,379.79 | 3,379.79 | 3,379.79 | 3,379.79 | 3,379.79 | 3,379.79 | 3,379.79 | 3,379.79 |
| 800 | 800.00 | 800.00 | 800.00 | 800.00 | 800.00 | 800.00 | 800.00 | 800.00 | 800.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2,500 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 |
| 250 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 |
| 75 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 |
| 2,500 | 2,500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 |
| 4,167 | 4,167.00 | 4,167.00 | 4,167.00 | 4,167.00 | 4,167.00 | 4,167.00 | 4,167.00 | 4,167.00 | 4,167.00 |
| 200 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 |
| 1,600 | 1,600.00 | 1,600.00 | 1,600.00 | 1,600.00 | 1,600.00 | 1,600.00 | 1,600.00 | 1,600.00 | 1,600.00 |
| 2,600 | 2,600.00 | 2,600.00 | 2,600.00 | 2,600.00 | 2,600.00 | 2,600.00 | 2,600.00 | 2,600.00 | 2,600.00 |
| 3,000 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 |
| 715 | 715.00 | 715.00 | 715.00 | 715.00 | 715.00 | 715.00 | 715.00 | 715.00 | 715.00 |
| 0 | 0.00 | 0.00 | 0.00 | 0.00 | 1,500.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 8,500 | 8,500.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 |
| 750 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 |
| 750 | 750.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 |
| 1,900 | 1,900.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 |
| 4,167 | 4,167.00 | 4,167.00 | 4,167.00 | 4,167.00 | 4,167.00 | 4,167.00 | 4,167.00 | 4,167.00 | 4,167.00 |
| 1,100 | 1,100.00 | 1,100.00 | 1,100.00 | 1,100.00 | 1,100.00 | 1,100.00 | 1,100.00 | 1,100.00 | 1,100.00 |
| 1,250 | 1,250.00 | 1,250.00 | 1,250.00 | 1,250.00 | 1,250.00 | 1,250.00 | 1,250.00 | 1,250.00 | 1,250.00 |
| 315 | 315.00 | 315.00 | 315.00 | 315.00 | 315.00 | 315.00 | 315.00 | 315.00 | 315.00 |
| 0 | 125.00 | 0.00 | 0.00 | 125.00 | 0.00 | 0.00 | 125.00 | 0.00 | 0.00 |
| 100 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |
| 250 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 |
| 250 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 |
| 2,500 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 |
| 900 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 |
| 775 | 775.00 | 775.00 | 775.00 | 775.00 | 775.00 | 775.00 | 775.00 | 775.00 | 775.00 |
| 175 | 175.00 | 175.00 | 175.00 | 175.00 | 175.00 | 175.00 | 175.00 | 175.00 | 175.00 |
| 2,035 | 2,372.33 | 2,020.81 | 1,836.27 | 2,145.18 | 2,261.23 | 2,400.70 | 2,293.47 | 3,020.28 | 2,554.76 |
| 400 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 250 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 |
| 0 | 12,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 12,000.00 | 0.00 |
| 3,625 | 3,625.00 | 3,625.00 | 3,625.00 | 3,625.00 | 3,625.00 | 3,625.00 | 3,625.00 | 3,625.00 | 3,625.00 |
| 200 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 |
| 0 | 5,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1,000 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 |
| 3,750 | 3,750.00 | 3,750.00 | 3,750.00 | 3,750.00 | 3,750.00 | 3,750.00 | 3,750.00 | 3,750.00 | 3,750.00 |
| 97,946 | 115,008.12 | 90,881.61 | 90,697.06 | 91,130.97 | 92,622.03 | 91,261.49 | 91,279.26 | 103,881.07 | 91,415.55 |
| 247,758 | 278,754.70 | 249,144.26 | 231,902.36 | 243,522.30 | 247,270.66 | 256,595.90 | 248,729.54 | 282,615.19 | 255,494.54 |
| (98,705) | (99,828.03) | (96,636.06) | (93,766.67) | (82,415.61) | (76,213.27) | (74,208.41) | (78,356.59) | (51,752.13) | (60,990.70) |
| | | | | | | | | | |
| 5,900 | 5,900.00 | 5,900.00 | 5,900.00 | 5,900.00 | 5,900.00 | 5,900.00 | 5,900.00 | 5,900.00 | 5,900.00 |
| | | | | | | | | | |
| 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 15,000 | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 |
| 3,500 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 |
| 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 15,000 | 25,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 33,500 | 43,500.00 | 18,500.00 | 18,500.00 | 18,500.00 | 18,500.00 | 18,500.00 | 18,500.00 | 18,500.00 | 18,500.00 |
| (27,600) | (37,600.00) | (12,600.00) | (12,600.00) | (12,600.00) | (12,600.00) | (12,600.00) | (12,600.00) | (12,600.00) | (12,600.00) |
| (126,305) | (137,428.03) | (109,236.06) | (106,366.67) | (95,015.61) | (88,813.27) | (86,808.41) | (90,956.59) | (64,352.13) | (73,590.70) |
| | | | | | | | | | |
| (106,630) | (117,753) | (89,561) | (86,692) | (75,341) | (69,138) | (67,133) | (71,282) | (44,677) | (53,916) |
| (106,805) | (117,928) | (89,736) | (86,867) | (75,516) | (69,313) | (67,308) | (71,457) | (44,852) | (54,091) |
| (388,020) | (505,948) | (595,684) | (682,551) | (758,067) | (827,380) | (894,688) | (966,145) | (1,010,997) | (1,065,088) |

| | | 28000 | | |
|---|---|---|---|---|
| Sep 25 | Oct 25 | Nov 25 | Dec 25 | TOTAL |
| 70% | 70% | 70% | 70% | |
| 10,500.00 | 10,500.00 | 10,500.00 | 10,500.00 | 168,000.00 |
| 67,844.00 | 87,192.70 | 84,618.10 | 68,454.40 | 1,164,678.06 |
| 87,500.00 | 87,500.00 | 87,500.00 | 87,500.00 | 1,085,000.00 |
| 10,500.00 | 10,500.00 | 10,500.00 | 10,500.00 | 168,000.00 |
| **176,344.00** | **195,692.70** | **193,118.10** | **176,954.40** | **2,585,678.06** |
| 70% | 70% | 70% | 70% | |
| 12,075.00 | 12,075.00 | 12,075.00 | 12,075.00 | 193,200.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3,487.03 | 4,090.78 | 3,487.03 | 4,090.78 | 103,182.90 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 64,368.75 | 70,639.77 | 35,680.82 | 52,401.58 | 812,722.53 |
| 4,830.00 | 4,830.00 | 4,830.00 | 4,830.00 | 77,280.00 |
| **84,761.49** | **91,638.26** | **56,073.55** | **73,398.06** | **1,436,396.64** |
| 261,105.49 | 287,328.96 | 249,191.65 | 250,352.46 | 4,022,074.70 |

**DO NOT DELETE- WILL CRATER PROJECTIONS**

| | | | | | |
|---|---|---|---|---|---|
| 3,465.00 | 3,465.00 | 3,465.00 | 3,465.00 | 55,440.00 | 33% |
| 10,855.04 | 13,950.83 | 13,538.90 | 10,952.70 | 186,348.49 | 16% |
| 19,250.00 | 19,250.00 | 19,250.00 | 19,250.00 | 238,700.00 | 22% |
| 3,360.00 | 3,360.00 | 3,360.00 | 3,360.00 | 53,760.00 | 32% |
| **36,930.04** | **40,025.83** | **39,613.90** | **37,027.70** | **534,248.49** | |
| 3,622.50 | 3,622.50 | 3,622.50 | 3,622.50 | 62,617.50 | 30% |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 941.50 | 1,104.51 | 941.50 | 1,104.51 | 31,646.41 | 27% |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 12,230.06 | 13,421.56 | 6,779.36 | 9,956.30 | 164,345.13 | 19% |

| | | | | | |
|---|---|---|---|---|---|
| 1,400.70 | 1,400.70 | 1,400.70 | 1,400.70 | 24,212.10 | **29%** |
| 18,194.76 | 19,549.27 | 12,744.06 | 16,084.01 | 282,821.14 | |
| | | | | | |
| 7,572.06 | 8,332.54 | 7,226.56 | 7,260.22 | 116,935.87 | |
| 496.10 | 545.93 | 473.46 | 475.67 | 7,544.23 | |
| 750.00 | 0.00 | 0.00 | 0.00 | 3,750.00 | |
| 0.00 | 0.00 | 0.00 | 2,500.00 | 5,000.00 | |
| 63,942.96 | 68,453.57 | 60,057.97 | 63,347.61 | 950,299.73 | |
| 197,162.52 | 218,875.39 | 189,133.68 | 187,004.86 | 3,071,774.97 | |
| | | | | | |
| 12,646.00 | 12,646.00 | 12,646.00 | 12,646.00 | 214,982.00 | |
| 1,036.97 | 1,036.97 | 1,036.97 | 1,036.97 | 17,628.52 | |
| 225.00 | 225.00 | 225.00 | 225.00 | 4,145.00 | |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 25,500.00 | |
| 15,407.97 | 15,407.97 | 15,407.97 | 15,407.97 | 262,255.52 | |
| | | | | | |
| 10,833.33 | 10,833.33 | 10,833.33 | 10,833.33 | 184,166.61 | |
| 888.33 | 888.33 | 888.33 | 888.33 | 15,101.66 | |
| 225.00 | 225.00 | 225.00 | 225.00 | 3,825.00 | |
| 0.00 | 0.00 | 4,500.00 | 5,500.00 | 24,500.00 | |
| 0.00 | 1,000.00 | 0.00 | 1,000.00 | 9,000.00 | |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 650.00 | 650.00 | 650.00 | 650.00 | 11,200.00 | |
| 12,596.66 | 13,596.66 | 17,096.66 | 19,096.66 | 247,793.27 | |
| | | | | | |
| 25,367.00 | 25,367.00 | 25,367.00 | 25,367.00 | 431,239.00 | |
| 2,080.09 | 2,080.09 | 2,080.09 | 2,080.09 | 35,361.60 | |
| 175.00 | 175.00 | 175.00 | 175.00 | 2,975.00 | |
| 6,500.00 | 6,500.00 | 6,500.00 | 6,500.00 | 110,500.00 | |
| 500.00 | 500.00 | 500.00 | 500.00 | 8,500.00 | |

| | | | | |
|---:|---:|---:|---:|---:|
| 300.00 | 300.00 | 300.00 | 300.00 | 5,100.00 |
| 1,500 | 1,500 | 1,500 | 1,500 | 25,500 |
| 250.00 | 0.00 | 0.00 | 0.00 | 750.00 |
| 5,290.32 | 5,870.78 | 5,793.54 | 5,308.63 | 83,327.94 |
| 2,542.84 | 2,749.09 | 1,682.21 | 2,201.94 | 38,889.14 |
| 56,430.08 | 62,621.66 | 61,797.79 | 56,625.41 | 888,831.38 |
| 21,190.37 | 22,909.06 | 14,018.39 | 18,349.52 | 324,076.17 |
| 205.00 | 205.00 | 205.00 | 205.00 | 3,485.00 |
| | | | | 9,000.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 9,167.00 | 9,167.00 | 9,167.00 | 9,167.00 | 155,839.00 |
| 2,750.00 | 2,750.00 | 2,750.00 | 2,750.00 | 46,500.00 |
| | | | | 0.00 |
| 2,166.67 | 2,166.67 | 2,166.67 | 2,166.67 | 36,833.39 |
| 177.67 | 177.67 | 177.67 | 177.67 | 3,020.34 |
| 50.00 | 50.00 | 50.00 | 50.00 | 850.00 |
| 300.00 | 300.00 | 300.00 | 300.00 | 5,100.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2,694.34 | 2,694.34 | 2,694.34 | 2,694.34 | 45,803.73 |
| | | | | |
| 15,000.00 | 0.00 | 0.00 | 0.00 | 20,000.00 |
| 15,000.00 | 0.00 | 0.00 | 0.00 | 20,000.00 |
| | | | | |
| 0.00 | 7,000.00 | 0.00 | 0.00 | 28,000.00 |
| 0.00 | 0.00 | 2,500.00 | 0.00 | 10,000.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2,000.00 | 0.00 | 0.00 | 0.00 | 2,000.00 |
| 0.00 | 0.00 | 0.00 | 2,000.00 | 8,000.00 |
| 2,000.00 | 7,000.00 | 2,500.00 | 2,000.00 | 48,000.00 |
| 153,942.05 | 152,389.03 | 137,030.36 | 135,723.93 | 2,283,677.95 |
| | | | | |
| 41,217.00 | 41,217.00 | 41,217.00 | 41,217.00 | 700,689.00 |
| 3,379.79 | 3,379.79 | 3,379.79 | 3,379.79 | 57,456.50 |
| 800.00 | 800.00 | 800.00 | 800.00 | 13,600.00 |

| | | | | |
|---:|---:|---:|---:|---:|
| 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 42,500.00 |
| 250.00 | 250.00 | 250.00 | 250.00 | 4,250.00 |
| 75.00 | 75.00 | 75.00 | 75.00 | 1,275.00 |
| 500.00 | 500.00 | 500.00 | 500.00 | 18,500.00 |
| 4,167.00 | 4,167.00 | 4,167.00 | 4,167.00 | 82,245.88 |
| 200.00 | 200.00 | 200.00 | 200.00 | 3,400.00 |
| 1,600.00 | 1,600.00 | 1,600.00 | 1,600.00 | 27,200.00 |
| 2,600.00 | 2,600.00 | 2,600.00 | 2,600.00 | 44,200.00 |
| 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 51,000.00 |
| 715.00 | 715.00 | 715.00 | 715.00 | 12,155.00 |
| 1,500.00 | 0.00 | 0.00 | 0.00 | 3,000.00 |
| 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 102,500.00 |
| 750.00 | 750.00 | 750.00 | 750.00 | 12,750.00 |
| 500.00 | 500.00 | 500.00 | 500.00 | 9,750.00 |
| 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 21,500.00 |
| 4,167.00 | 4,167.00 | 4,167.00 | 4,167.00 | 82,245.88 |
| 1,100.00 | 1,100.00 | 1,100.00 | 1,100.00 | 20,500.00 |
| 1,250.00 | 1,250.00 | 1,250.00 | 1,250.00 | 21,250.00 |
| 315.00 | 315.00 | 315.00 | 315.00 | 5,355.00 |
| 125.00 | 0.00 | 0.00 | 125.00 | 750.00 |
| 100.00 | 100.00 | 100.00 | 100.00 | 1,700.00 |
| 250.00 | 250.00 | 250.00 | 250.00 | 4,250.00 |
| 250.00 | 250.00 | 250.00 | 250.00 | 4,250.00 |
| 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 43,018.28 |
| 900.00 | 900.00 | 900.00 | 900.00 | 15,300.00 |
| 775.00 | 775.00 | 775.00 | 775.00 | 13,175.00 |
| 175.00 | 175.00 | 175.00 | 175.00 | 2,975.00 |
| 2,611.05 | 2,873.29 | 2,491.92 | 2,503.52 | 40,220.75 |
| 0.00 | 0.00 | 400.00 | 0.00 | 1,200.00 |
| 250.00 | 250.00 | 250.00 | 250.00 | 4,250.00 |
| 0.00 | 0.00 | 0.00 | 12,000.00 | 36,000.00 |
| 3,625.00 | 3,625.00 | 3,625.00 | 3,625.00 | 61,625.00 |
| 200.00 | 200.00 | 200.00 | 200.00 | 3,400.00 |
| 0.00 | 0.00 | 0.00 | 5,000.00 | 10,000.00 |

| | | | | |
|---:|---:|---:|---:|---:|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 17,000.00 |
| 3,750.00 | 3,750.00 | 3,750.00 | 3,750.00 | 62,400.00 |
| 93,096.85 | 91,734.08 | 91,752.71 | 108,489.32 | 1,658,836.29 |
| 275,043.53 | 273,127.75 | 261,287.71 | 278,717.88 | 4,452,563.03 |
| (77,881.01) | (54,252.36) | (72,154.03) | (91,713.03) | (1,380,788.06) |
| | | | | |
| 5,900.00 | 5,900.00 | 5,900.00 | 5,900.00 | 100,300.00 |
| | | | | |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 255,000.00 |
| 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 59,500.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 70,000.00 |
| 18,500.00 | 18,500.00 | 18,500.00 | 18,500.00 | 384,500.00 |
| (12,600.00) | (12,600.00) | (12,600.00) | (12,600.00) | (284,200.00) |
| (90,481.01) | (66,852.36) | (84,754.03) | (104,313.03) | (1,664,988.06) |
| | | | | |
| (70,806) | (47,177) | (65,079) | (84,638) | (1,330,513) |
| (70,981) | (47,352) | (65,254) | (84,813) | (1,330,513) |
| (1,136,069) | (1,183,421) | (1,248,675) | (1,333,488) | Difference = Taxes added back |

|  | Aug 24 | Sept 24 | Oct 24 | Nov 24 | Dec 24 | Jan 25 | Feb 25 | Mar 25 | Apr 25 | May 25 | Jun 25 | Jul 25 | Aug 25 | Sep 25 | Oct 25 | Nov 25 | Dec 25 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | | | | | | | | | | | | | | |
| **Income** | | | | | | | | | | | | | | | | | | |
| Total 4000 · Sales Spine | 0 | 140 181 | 134 344 | 153 893 | 151 119 | 141 954 | 136 382 | 151 190 | 154 872 | 169 588 | 157 092 | 177 475 | 175 754 | 178 344 | 195 693 | 190 118 | 178 954 | 2 595 679 |
| Total 4100 · Sales Trauma | 250 000 | 76 621 | 76 934 | 49 806 | 86 115 | 60 127 | 47 345 | 63 326 | 71 352 | 70 474 | 72 345 | 124 553 | 79 773 | 84 761 | 91 636 | 56 074 | 73 389 | 1 430 387 |
| **Total Deposits** | 250 000 | 216 812 | 211 280 | 203 501 | 237 233 | 202 081 | 183 627 | 214 518 | 226 123 | 240 070 | 229 347 | 302 028 | 255 476 | 261 105 | 287 329 | 249 192 | 250 332 | 4 022 075 |
| | | | | | | | | | | | | | | | | | | |
| **Cost of Goods Sold** | | | | | | | | | | | | | | | | | | |
| Total 5000 · COGS Spine | 0 | 39 048 | 36 110 | 37 208 | 30 794 | 29 329 | 26 436 | 30 865 | 32 444 | 34 600 | 32 785 | 36 061 | 35 786 | 36 890 | 40 028 | 39 614 | 37 028 | 534 248 |
| Total 5100 · COGS Trauma | 0 | 25 729 | 24 564 | 16 954 | 19 432 | 16 001 | 11 381 | 14 177 | 15 634 | 15 464 | 15 952 | 25 771 | 17 292 | 18 195 | 19 549 | 12 744 | 16 064 | 262 621 |
| Total Freight & Shipping | 7 925 | 7 511 | 6 529 | 6 298 | 8 061 | 6 244 | 5 674 | 7 378 | 6 987 | 7 418 | 10 337 | 9 333 | 7 894 | 8 618 | 8 676 | 7 700 | 10 736 | 133 290 |
| Disbursements - Total COGS | 7 925 | 82 283 | 58 203 | 54 648 | 58 308 | 49 573 | 45 691 | 53 411 | 55 086 | 57 883 | 58 974 | 71 165 | 60 972 | 83 943 | 68 454 | 60 058 | 63 346 | 950 300 |
| **Gross Profit** | 242 077 | 150 529 | 152 978 | 148 053 | 178 907 | 152 508 | 138 136 | 161 107 | 121 057 | 182 387 | 170 373 | 230 863 | 194 504 | 197 163 | 218 875 | 189 134 | 187 008 | 3 071 775 |
| | | | | | | | | | | | | | | | | | | |
| **Expense** | | | | | | | | | | | | | | | | | | |
| Total 6000 · Operations | 15 488 | 15 488 | 15 488 | 15 488 | 15 408 | 15 408 | 15 408 | 15 408 | 15 408 | 15 408 | 15 408 | 15 408 | 15 408 | 15 408 | 15 408 | 15 408 | 15 408 | 262 256 |
| Total 6200 · Quality Management | 12 647 | 18 147 | 13 647 | 12 587 | 13 087 | 13 097 | 12 587 | 13 587 | 12 587 | 12 587 | 13 587 | 12 587 | 13 587 | 13 987 | 17 087 | 18 087 | 13 987 | 247 783 |
| 6300 · Sales, Marketing and related fees | 157 455 | 132 068 | 139 551 | 121 727 | 130 242 | 124 758 | 112 351 | 124 387 | 126 644 | 137 330 | 126 446 | 150 739 | 139 074 | 153 942 | 152 589 | 137 690 | 135 724 | 2 283 878 |
| Administration | 109 796 | 106 681 | 96 174 | 96 646 | 114 008 | 90 682 | 89 697 | 90 151 | 91 822 | 90 361 | 90 279 | 102 881 | 80 418 | 82 087 | 90 734 | 80 753 | 107 408 | 1 644 630 |
| Disbursements - Total Expense | 290 355 | 374 383 | 254 858 | 246 758 | 277 756 | 248 144 | 230 802 | 242 522 | 248 271 | 255 986 | 247 730 | 281 815 | 254 495 | 274 044 | 272 129 | 280 268 | 277 716 | 4 435 563 |
| **Operating Cash Flow** | (48 276) | (117 855) | (102 782) | (97 705) | (86 639) | (95 636) | (92 797) | (81 416) | (75 213) | (73 206) | (77 357) | (50 753) | (59 991) | (76 881) | (53 252) | (71 154) | (90 713) | (1 363 788) |
| | | | | | | | | | | | | | | | | | | |
| **Income/Expense** | | | | | | | | | | | | | | | | | | |
| Other Income | 5 900 | 5 900 | 5 900 | 5 900 | 5 900 | 5 900 | 5 900 | 5 900 | 5 900 | 5 900 | 5 900 | 5 900 | 5 900 | 5 900 | 5 900 | 5 900 | 5 900 | 100 300 |
| Other Expense | | | | | | | | | | | | | | | | | | 0 |
| 7000 · Interest Expense | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| UST Fees | 0 | 15 000 | 15 000 | 15 000 | 25 000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 70 000 |
| Total Other Expense | 5 900 | 15 000 | 15 000 | 15 000 | 25 000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 70 000 |
| Net Other Income | 5 900 | (9 100) | (9 100) | (9 100) | (19 100) | 5 900 | 5 900 | 5 900 | 5 900 | 5 900 | 5 900 | 5 900 | 5 900 | 5 900 | 5 900 | 5 900 | 5 900 | 30 300 |
| | | | | | | | | | | | | | | | | | | |
| **NET CASH FLOW** | (42 376) | (126 955) | (111 882) | (106 805) | (117 509) | (89 736) | (86 897) | (75 516) | (69 313) | (67 306) | (71 457) | (44 852) | (54 091) | (70 981) | (47 352) | (65 254) | (84 813) | (1 333 488) |
| Beginning Cash | 900 000 | | | | | | | | | | | | | | | | | |
| Cumulative Cash Flow | 857 622 | 730 666 | 618 785 | 511 980 | 394 052 | 304 316 | 217 449 | 141 933 | 72 620 | 5 312 | (66 145) | (110 997) | (165 056) | (236 049) | (283 471) | (348 675) | (433 488) | |

| Biedermann Motech Inc. Cash Flow 13 week summary | | | | | BUDGET | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week end | 8/3 | 8/10 | 8/17 | 8/24 | 8/31 | 9/7 | 9/14 | 9/21 | 9/28 | 10/5 | 10/12 | 10/19 | 10/26 | 11/2 |
| Week | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| | | | | | | | | | | | | | | |
| NET CASH FLOW | 11,594 | (35,183) | 11,594 | 11,594 | (42,977) | (6,652) | (53,429) | (6,652) | (6,652) | (51,326) | 5,242 | (41,535) | 5,242 | (80,608) |
| Beginning Cash | 900,000 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Cumulative Cash Flow | 911,594 | 876,411 | 888,005 | 899,599 | 856,622 | 849,970 | 796,541 | 789,889 | 783,237 | 731,911 | 737,152 | 695,617 | 700,859 | 620,250 |

| 13 Week Cash Flow Budget | Actuals | INTERNAL USE ONLY | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week end | 8/3 | 8/10 | 8/17 | 8/24 | 8/31 | 9/7 | 9/14 | 9/21 | 9/28 | 10/5 | 10/12 | 10/19 | 10/26 | 11/2 |
| Week | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| **Total Deposits** | | | | | | | | | | | | | | |
| **Total Disbursements** | | | | | | | | | | | | | | |
| **Gross Profit** | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Disbursements - Total Expense** | | | | | | | | | | | | | | |
| **Operating Cash Flow** | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Net Other Income** | | | | | | | | | | | | | | |
| **NET CASH FLOW** | - | | | | | | | | | | | | | |
| **Beginning Cash** | 900,000 | | | | | | | | | | | | | |
| **Cumulative Cash Flow** | 900,000 | 900,000 | 900,000 | 900,000 | 900,000 | 900,000 | 900,000 | 900,000 | 900,000 | 900,000 | 900,000 | 900,000 | 900,000 | 900,000 |